**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy          12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **John**<br>First name<br><br>**G.**<br>Middle name<br><br>**Popovich**<br>Last name and Suffix (Sr., Jr., II, III) | **Janet**<br>First name<br><br>**L.**<br>Middle name<br><br>**Popovich**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | **John Glen Popovich** |  |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-8901** | **xxx-xx-0727** |

| Debtor 1 | **John G. Popovich** | |
|---|---|---|
| Debtor 2 | **Janet L. Popovich** | Case number *(if known)* |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br><br>**FDBA  JGP, LLC, d/b/a West Side Fabrication, LLC**<br>_____<br>Business name(s)<br>**47-5330596**<br>_____<br>EINs | ☑ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br>_____<br>EINs |
| **5.** **Where you live** | **2757 North Prospect Street**<br>**Colorado Springs, CO 80904**<br>_____<br>Number, Street, City, State & ZIP Code<br><br>**El Paso**<br>_____<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **John G. Popovich**
Debtor 2    **Janet L. Popovich**

Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

☑ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**                                                Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.   Go to Part 4.

☑ Yes.   Name and location of business

**See Attachment**
_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.
☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
_____
Number, Street, City, State & Zip Code

---

Debtor 1  **John G. Popovich**
Debtor 2  **Janet L. Popovich**

Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
| --- | --- |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **John G. Popovich**

Debtor 2   **Janet L. Popovich**

Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

☐ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** How much do you estimate your assets to be worth?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** How much do you estimate your liabilities to be?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ John G. Popovich** | **/s/ Janet L. Popovich** |
|---|---|
| **John G. Popovich** | **Janet L. Popovich** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Executed on   **August 28, 2019** | Executed on   **August 28, 2019** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **John G. Popovich** | | |
|---|---|---|---|
| Debtor 2 | **Janet L. Popovich** | | Case number *(if known)* |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Stephen H. Swift**                          Date     **August 28, 2019**
Signature of Attorney for Debtor                          MM / DD / YYYY

**Stephen H. Swift**
Printed name

**Law Office of Stephen H. Swift**
Firm name

**733 East Costilla St.**
**Suites A&B**
**Colorado Springs, CO 80903**
Number, Street, City, State & ZIP Code

Contact phone  **719-520-0164**                    Email address    **stephen.swift@swiftlaw.net**

**14766 CO**
Bar number & State

---

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**

Case number *(if known)* _____

---

**Fill in this information to identify your case:**

Debtor 1        **John G. Popovich**
                First Name          Middle Name          Last Name

Debtor 2        **Janet L. Popovich**
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number
(if known)        _____

☐ Check if this is an
   amended filing

---

## FORM 101. VOLUNTARY PETITION ATTACHMENT

### <u>Additional Sole Proprietorship(s)</u>

**West Side Fabrication, LLC**
Name of business, if any

**2120 Naegele Road**
**Colorado Springs, CO 80904**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑   None of the above

---

**JGP, LLC d/b/a West Side Fabrication**
Name of business, if any

**2120 Naegele Road**
**Colorado Springs, CO 80904**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑   None of the above

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John G. Popovich** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Janet L. Popovich** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $12,575.00 | ■ Wages, commissions, bonuses, tips | $20,895.00 |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**

Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $-483.00 | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $13,950.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $112.00 | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $15,558.00 |

**5.  Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | **2018 Federal Income Tax refund** | $577.00 | **Joint return filed** | $0.00 |
| | **2018 Colorado Income Tax refund** | $138.00 | **Joint return filed** | $0.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | **2017 Federal Income Tax refund** | $649.00 | **Joint return filed** | $0.00 |
| | **2017 Colorado Income Tax refund** | $38.00 | **Joint return filed** | $0.00 |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐  No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐  No.   Go to line 7.
☐  Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■  Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐  No.   Go to line 7.
■  Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**

Case number *(if known)* _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Carrington Mortgage Se**<br>**15 Enterprise St**<br>**Aliso Viejo, CA 92656** | **6/1/2019, 7/1/2019,**<br>**8/1/2019** | **$5,490.00** | **$189,781.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Samson Horus vs John Popovich,**<br>**Drew Popovich, et al.**<br>**698672018** | **Judgment**<br>**account** | **Westchester County**<br>**Supreme Court**<br>**111 Dr. Martin Luther King**<br>**Jr. Blvd.**<br>**White Plains, NY 10601** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 5,207.00** |
| **Samson Horus vs John Popovich,**<br>**Drew Popovich, et al.**<br>**698682018** | **Judgment**<br>**account** | **Westchester County**<br>**Supreme Court**<br>**111 Dr. Martin Luther King**<br>**Jr. Blvd.**<br>**White Plains, NY 10601** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 64,723.00** |
| **Crestview Financial Llc vs John**<br>**Popovich, JGP, LLC, et al.**<br>**18816088/2018** | **Judgment**<br>**account** | **Erie County Supreme Court**<br>**25 Delaware Avenue**<br>**Ground Floor**<br>**Buffalo, NY 14202** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 39,219.00** |

| Debtor 1 | John G. Popovich | |
|---|---|---|
| Debtor 2 | Janet L. Popovich | Case number *(if known)* |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Fast Cash Group Llc vs JOHN POPOVICH, JGP LLC, et al.**<br>18815714 | **Judgment account** | **Erie County Supreme Court**<br>**25 Delaware Avenue**<br>**Ground Floor**<br>**Buffalo, NY 14202** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 21,709.00** |
| **Reliance Metal Center & Aluminum Company vs Westside Fabrication, LLC John Popovich and Zachary Bishop**<br>2017C40683 | **Judgment account** | **El Paso County Court**<br>**270 South Tejon Street**<br>**Colorado Springs, CO 80903** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**- 10,166.00** |
| **Wakefield and Associates, Inc. v. John G. Popovich and Janet Popovich**<br>2018C41445 | **Suit for money damages** | **El Paso County Court**<br>**270 South Tejon Street**<br>**Colorado Springs, CO 80903** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **United States Welding, Inc. d/b/a Rocky Mountain Air Solutions, Inc. v. West Side Fabrication, LLC and John Popovich**<br>2019C50857 | **Suit for money damages** | **Denver County Court**<br>**1437 Bannock Street**<br>**Denver, CO 80202** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Christopher Lee Williams v. John Popovich, Drew Popovich, Zachary Bishop and West Side Fabrication, LLC**<br>2019CV30707 | **Suit for money damages** | **El Paso County District Court**<br>**270 South Tejon Street**<br>**Colorado Springs, CO 80903** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **U.S. Department of Labor through OSHA v. West Side fabrication, LLC**<br>1260532 | **Citation for violation of Occupational Safety and Health Act of 1970** | **US Department of Labor Occupational Safety & Health Admin.**<br>**7935 E. Prentice Ave, Ste. 209**<br>**Englewood, CO 80111** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**-19,100.00** |
| **U.S. Department of Labor through OSHA v. West Side Fabrication, LLC**<br>1261379 | **Citation for violation of the Occupation Health and Safety Act of 1970** | **US Department of Labor Occupational Safety & Health Admin.**<br>**7935 E. Prentice Ave, Ste. 209**<br>**Englewood, CO 80111** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**-114230.00** |
| **R&S Powder Coating, LLC, d/b/a R&S Powder Coating v. JGP LLC, Traditions at Colorado Springs LLC.**<br>2019CV31479 | **Suit for money damages** | **El Paso County District Court**<br>**270 South Tejon Street**<br>**Colorado Springs, CO 80903** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**                                          Case number *(if known)* _____

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Crestview Financial LLC**<br>1430 Broadway<br>New York, NY 10018 | **Bank account garnished at Security Service FCU in the amount of $1324.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | 8/15/19 | $1,324.00 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    - ■ No
    - ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    - ■ No
    - ☐ Yes

**Part 5:   List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    - ■ No
    - ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    - ■ No
    - ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:   List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
    - ■ No
    - ☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**

Case number (*if known*) _____

**Part 7:**   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Law Office of Stephen H. Swift<br>733 East Costilla St.<br>Suites A&B<br>Colorado Springs, CO 80903<br>stephen.swift@swiftlaw.net | **Attorney Fees** | **7/3/2019** | **$775.00** |
| American Consumer Credit<br>Counseling, Inc<br>130 Rumford Ave., Ste. 202<br>Auburndale, MA 02466 | **Credit Counseling Certificates** | **8/9/2019** | **$15.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Paige Wright<br>1804 Ralph's Ridge Road, Ste. 101<br>Colorado Springs, CO 80910<br><br>None | **Portable welders, welders, Ford F-250, evolution magnet, (EvoMag 28), Piranha P50 Ironworker, two Ellis bandsaws, portable bandsaw, Central Machinery bench drill press, YPI-62 Eagle paint cabinet, fifteen cylinders, extension ladders, 400 ft. welding lead, Skil saws, three Lenovo computers, two Bosch grinders.  Value of property is $14,395.00.** | **Debtor owed approximately $20,000.00 to Paige Wright and this transfer satisfied that debt.** | **1/9/2018** |

Debtor 1  **John G. Popovich**
Debtor 2  **Janet L. Popovich**

Case number *(if known)*

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**  Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

8/28/19 4:33PM

Debtor 1  **John G. Popovich**
Debtor 2  **Janet L. Popovich**

Case number *(if known)*

**24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■  **No**
□  **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25.  Have you notified any governmental unit of any release of hazardous material?**

■  **No**
□  **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  **No**
□  **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**  **Give Details About Your Business or Connections to Any Business**

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

□ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

□ A partner in a partnership

□ An officer, director, or managing executive of a corporation

□ An owner of at least 5% of the voting or equity securities of a corporation

□  **No. None of the above applies.  Go to Part 12.**

■  **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **West Side Fabrication, LLC**<br>**2120 Naegele Road**<br>**Colorado Springs, CO 80904** | Metal fabrication<br><br>Self | EIN:      47-5530596<br><br>From-To  11/6/2015 to 2/13/2019 |
| **JGP, LLC d/b/a West Side Fabrication**<br>**2120 Naegele Road**<br>**Colorado Springs, CO 80904** | Metal fabrication<br><br>Self | EIN:      47-5530596<br><br>From-To  8/30/2016 to present |

**28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■  **No**
□  **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

8/28/19 4:33PM

| Debtor 1 | **John G. Popovich** | | |
|---|---|---|---|
| Debtor 2 | **Janet L. Popovich** | Case number *(if known)* | |

**Part 12:   Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ John G. Popovich | /s/ Janet L. Popovich |
|---|---|
| **John G. Popovich** | **Janet L. Popovich** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| Date   **August 28, 2019** | Date   **August 28, 2019** |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____ . Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **John G. Popovich** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | **Janet L. Popovich** |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:**    **Summarize Your Assets**

| | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.............................................................. | $     **306,500.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B..................................................... | $     **10,514.27** |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................... | $     **317,014.27** |

**Part 2:**    **Summarize Your Liabilities**

| | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $     **556,821.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $     **137,714.00** |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $     **973,945.00** |
| | **Your total liabilities** | $     **1,668,480.00** |

**Part 3:**    **Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $     **3,192.76** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................... | $     **4,195.00** |

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

8/28/19  4:33PM

Debtor 1    **John G. Popovich**
Debtor 2    **Janet L. Popovich**

Case number *(if known)*

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **4,831.25**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F,* copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | **137,714.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ | **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | **0.00** |

9g. **Total.** Add lines 9a through 9f.

$ _____ **137,714.00**

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **John G. Popovich** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Janet L. Popovich** |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                                 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| | | |
|---|---|---|
| **1.1** | | |

**2757 North Prospect Street**
Street address, if available, or other description

**Colorado Springs   CO   80907-0000**
City          State          ZIP Code

**El Paso**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Realtor.com used to determine value. However, this number assumes facts which are not evident including that the house has been updated and the house is in saleable condition. Everything in the house is original and has not been updated for at least 30 years.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$306,500.00** | **$306,500.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint tenant**

☐ **Check if this is community property** (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**............................................................................=>

| |
|---|
| **$306,500.00** |

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **John G. Popovich** |
|---|---|
| Debtor 2 | **Janet L. Popovich** |

Case number *(if known)* _____

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Ford** |
|---|---|---|
| | Model: | **Mustang** |
| | Year: | **2002** |
| | Approximate mileage: | **98,000** |

Other information:

Kelley Blue Book used to determine value. In very poor condition: drive train has a bad rear end, the motor burns oil, numerous scrapes and dents, rust spots on parts of the chassis, and tires are heavily used.

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **$1,250.00**

**Current value of the portion you own?**   **$1,250.00**

| 3.2 | Make: | **Dodge** |
|---|---|---|
| | Model: | **Ram 3500** |
| | Year: | **2009** |
| | Approximate mileage: | **300,000** |

Other information:

Kelley Blue Book used to determine value. This vehicle has a blown engine. The engine is Cummins 6.7 liter diesel engine. Debtor has received an estimate to replace the engine with a rebuilt engine of approximately $13,000. This vehicle also has numerous dings and dents.

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **$1,000.00**

**Current value of the portion you own?**   **$1,000.00**

| 3.3 | Make: | **Ford** |
|---|---|---|
| | Model: | **F-250** |
| | Year: | **2012** |
| | Approximate mileage: | **105,000** |

Other information:

Debtor co-signed on loan for a friend, Orallia Longoria. Debtor has no equitable interest in the vehicle. Property is about to be paid off and the primary borrower on this loan will pay it off.

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Unknown**

**Current value of the portion you own?**   **Unknown**

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.....................................................................=>   **$2,250.00**

| Debtor 1 | **John G. Popovich** | | |
|---|---|---|---|
| Debtor 2 | **Janet L. Popovich** | Case number *(if known)* | |

| **Part 3:** | Describe Your Personal and  Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| Bedroom set, dining room set, washer, dryer, refrigerator, dishwasher, pots and pans, glassware, vacuum cleaner, televisions, dvd player, coffee table, linens, living room set, small knick knacks, stove, microwave, silverware, lamps, miscellaneous small hand tools, lawn mower, ratchet set, sockets, screwdrivers, medium size tool box Craftsman, & McCullough chain saw. | $2,375.00 |
|---|---|

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes.  Describe.....

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes.  Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| Cothing or two people | $200.00 |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| Wedding ring with small diamonds and assorted cosmetic jewelry including rings, earring, necklaces and bracelets. | $225.00 |
|---|---|

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

| Debtor 1 | **John G. Popovich** | |
|---|---|---|
| Debtor 2 | **Janet L. Popovich** | Case number *(if known)* |

| Two dogs and one cat as family pets | **Unknown** |
|---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
- ■ No
- ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...............................................................................

**$2,800.00**

| **Part 4:** | **Describe Your Financial Assets** | |
|---|---|---|
| **Do you own or have any legal or equitable interest in any of the following?** | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
- ■ No
- ☐ Yes...........................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
- ☐ No
- ■ Yes........................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **ENT FCU  JGP Checking has a negative balance in the account.** | **$0.00** |
| 17.2. | **Savings** | **ENT FCU  JGP Savings.** | **$0.00** |
| 17.3. | **Checking** | **US Bank Wife's account** | **$1,510.85** |
| 17.4. | **Savings** | **US Bank** | **$5.00** |
| 17.5. | **Checking** | **ENT FCU  Wife's checking** | **$14.42** |
| 17.6. | **Savings** | **ENT FCU  Wife's savings** | **$5.00** |
| 17.7. | **Checking** | **SSFCU  Garnishment in place on this account.  The account presently has a balance in the account before the garnishment is taken into account of $1,324.00.  Account garnished by Crestview Financial LLC for a debt owed to it.** | **$1,324.00** |
| 17.8. | **Savings** | **SSFCU** | **$5.00** |

| Debtor 1 | **John G. Popovich** | |
|---|---|---|
| Debtor 2 | **Janet L. Popovich** | Case number *(if known)* |

**18. Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................          Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
                    Name of entity:                   % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                    Issuer name:

**21. Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
                    Type of account:          Institution name:

| | Type of account | Institution name | |
|---|---|---|---|
| | | **PERA account as a result of coaching wrestling** | **$1,200.00** |

**22. Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................          Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

| Debtor 1 | **John G. Popovich** | | |
|---|---|---|---|
| Debtor 2 | **Janet L. Popovich** | Case number *(if known)* | |

### 28. Tax refunds owed to you
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

### 29. Family support
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

### 30. Other amounts someone owes you
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☐ No
- ■ Yes.  Give specific information..

| Unpaid wages | $1,400.00 |
|---|---|

### 31.  Interests in insurance policies
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☐ No
- ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Progressive Insurance** **Automobile insurance policy, Expires: 10/2019** | **Debtor 1 & 2** | **Unknown** |
| **Progressive Insurance/Travelers' Insurance** **Homeowners' insurance policy, Expires: 10/2019** | **Carrington Mortgage** | **Unknown** |

### 32.  Any interest in property that is due you from someone who has died
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes.  Give specific information..

### 33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes.  Describe each claim.........

### 34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims
- ■ No
- ☐ Yes.  Describe each claim.........

### 35.  Any financial assets you did not already list
- ■ No
- ☐ Yes.  Give specific information..

### 36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................................................

| $5,464.27 |
|---|

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

| Debtor 1 | **John G. Popovich** | | |
|---|---|---|---|
| Debtor 2 | **Janet L. Popovich** | Case number *(if known)* | |

**37.  Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☒ Yes.  Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

☒ No

☐ Yes.  Describe.....

**39.  Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No

☐ Yes.  Describe.....

**40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No

☐ Yes.  Describe.....

**41.  Inventory**

☒ No

☐ Yes.  Describe.....

**42.  Interests in partnerships or joint ventures**

☐ No

☒ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **JGP, LLC**<br>**2120 Naegele Road**<br>**Colorado Springs, CO 80904** | **100%** | % | **Unknown** |
| **West Side Fabrication, LLC**<br>**2120 Naegele Road**<br>**Colorado Springs, CO 80904**<br>**Voluntarily dissolved 2/13/2019** | **33.33% owned by debtor** | % | **Unknown** |

**43.  Customer lists, mailing lists, or other compilations**

☒ No.

☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

　　☒ No

　　☐ Yes.  Describe.....

**44.  Any business-related property you did not already list**

☒ No

☐ Yes. Give specific information.........

8/28/19 4:33PM

| Debtor 1 | **John G. Popovich** |
|---|---|
| Debtor 2 | **Janet L. Popovich** |

Case number *(if known)* _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................................

$0.00

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

$0.00

**Part 8:** **List the Totals of Each Part of this Form**

| | |
|---|---|
| 55. **Part 1: Total real estate, line 2** .............................................................. | $306,500.00 |
| 56. **Part 2: Total vehicles, line 5** | $2,250.00 |
| 57. **Part 3: Total personal and household items, line 15** | $2,800.00 |
| 58. **Part 4: Total financial assets, line 36** | $5,464.27 |
| 59. **Part 5: Total business-related property, line 45** | $0.00 |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. **Part 7: Total other property not listed, line 54** + | $0.00 |

62. **Total personal property.** Add lines 56 through 61...    $10,514.27    Copy personal property total    $10,514.27

63. **Total of all property on Schedule A/B.** Add line 55 + line 62

$317,014.27

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John G. Popovich** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Janet L. Popovich** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2757 North Prospect Street Colorado Springs, CO 80907  El Paso County Realtor.com used to determine value. However, this number assumes facts which are not evident including that the house has been updated and the house is in saleable condition. Everyth** Line from *Schedule A/B*: **1.1** | $306,500.00 | ☑ $75,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 38-41-201(1)(a), 38-41-201.6, 38-41-202** |
| **2002 Ford Mustang 98,000 miles Kelley Blue Book used to determine value.  In very poor condition: drive train has a bad rear end, the motor burns oil, numerous scrapes and dents, rust spots on parts of the chassis, and tires are heavily used.** Line from *Schedule A/B*: **3.1** | $1,250.00 | ☑ 100% <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-102(1)(j)(I), (III)** |

8/28/19 4:33PM

| Debtor 1 | John G. Popovich |
|---|---|
| Debtor 2 | Janet L. Popovich |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2009 Dodge Ram 3500 300,000 miles Kelley Blue Book used to determine value. This vehicle has a blown engine. The engine is Cummins 6.7 liter diesel engine. Debtor has received an estimate to replace the engine with a rebuilt engine of approximately $13** Line from *Schedule A/B:* **3.2** | $1,000.00 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-102(1)(j)(I), (III)** |
| **Bedroom set, dining room set, washer, dryer, refrigerator, dishwasher, pots and pans, glassware, vacuum cleaner, televisions, dvd player, coffee table, linens, living room set, small knick knacks, stove, microwave, silverware, lamps, miscellaneous small ha** Line from *Schedule A/B:* **6.1** | $2,375.00 | ■ $2,375.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(e)** |
| **Cothing or two people** Line from *Schedule A/B:* **11.1** | $200.00 | ■ $200.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(a)** |
| **Wedding ring with small diamonds and assorted cosmetic jewelry including rings, earring, necklaces and bracelets.** Line from *Schedule A/B:* **12.1** | $225.00 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(b)** |
| **Checking: ENT FCU JGP Checking has a negative balance in the account.** Line from *Schedule A/B:* **17.1** | $0.00 | ■ 75% ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-104(2)(a), 5-5-105, 5-5-106** |
| **Savings: ENT FCU JGP Savings.** Line from *Schedule A/B:* **17.2** | $0.00 | ■ 75% ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-104(2)(a), 5-5-105, 5-5-106** |
| **Checking: US Bank Wife's account** Line from *Schedule A/B:* **17.3** | $1,510.85 | ■ 75% ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-104(2)(a), 5-5-105, 5-5-106** |
| **Savings: US Bank** Line from *Schedule A/B:* **17.4** | $5.00 | ■ 75% ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-104(2)(a), 5-5-105, 5-5-106** |
| **Checking: ENT FCU Wife's checking** Line from *Schedule A/B:* **17.5** | $14.42 | ■ 75% ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-104(2)(a), 5-5-105, 5-5-106** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**

Case number (if known)  _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own <br><br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br><br> *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Savings: ENT FCU  Wife's savings** <br> Line from *Schedule A/B*: **17.6** | $5.00 | ■ 75% <br> ☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. §§ 13-54-104(2)(a), 5-5-105, 5-5-106 |
| **Checking: SSFCU  Garnishment in place on this account.  The account presently has a balance in the account before the garnishment is taken into account of $1,324.00. Account garnished by Crestview Financial LLC for a debt owed to it.** <br> Line from *Schedule A/B*: **17.7** | $1,324.00 | ■ 75% <br> ☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. §§ 13-54-104(2)(a), 5-5-105, 5-5-106 |
| **Savings: SSFCU** <br> Line from *Schedule A/B*: **17.8** | $5.00 | ■ 75% <br> ☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. §§ 13-54-104(2)(a), 5-5-105, 5-5-106 |
| **PERA account as a result of coaching wrestling** <br> Line from *Schedule A/B*: **21.1** | $1,200.00 | ■ $1,200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. § 13-54-102(1)(h) |
| **Unpaid wages** <br> Line from *Schedule A/B*: **30.1** | $1,400.00 | ■ 75% <br> ☐ 100% of fair market value, up to any applicable statutory limit | 15 U.S.C. § 1673 |
| **Progressive Insurance Automobile insurance policy, Expires: 10/2019 Beneficiary: Debtor 1 & 2** <br> Line from *Schedule A/B*: **31.1** | Unknown | ■ 100% <br> ☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. § 13-54-102(1)(m) |
| **Progressive Insurance/Travelers' Insurance Homeowners' insurance policy, Expires: 10/2019 Beneficiary: Carrington Mortgage** <br> Line from *Schedule A/B*: **31.2** | Unknown | ■ 100% <br> ☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. § 38-41-209 |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐  No

        ☐  Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John G. Popovich** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | **Janet L. Popovich** |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | **Ace Funding Source, LLC** | Describe the property that secures the claim: | Unknown | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Portable welders (2), welders (5), Ford F-150, "EvoMag28", Piranha P50 Ironworker, band saws (3), drill pess, Eagle paint cabinet, cylinders (15), extension ladders (2), 400 ft. welding lead, Skil saw, Lenovo computers (3), Bosch angle grin**

**366 North Broadway Ste 410**
**Jericho, NY 11753**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **UCC Financing Statement**

Date debt was incurred  **10/2018**       Last 4 digits of account number  **0289**

| Debtor 1 | **John G. Popovich** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Janet L. Popovich** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.2 | **Capital One Bank** | Describe the property that secures the claim: | **Unknown** | **$306,500.00** | **Unknown** |

Creditor's Name

**2757 North Prospect Street Colorado Springs, CO 80907  El Paso County Realtor.com used to determine value.  However, this number assumes facts which are not evident including that the house has been updated and the house is in saleable con**

**P.O. Box 30285
Salt Lake City, UT 84130**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **4/2003** | Last 4 digits of account number | **0213** |

---

| 2.3 | **Carrington Mortgage Se** | Describe the property that secures the claim: | **$189,781.00** | **$306,500.00** | **$0.00** |

Creditor's Name

**First mortgage on residence located at 2757 North Prospect Street Colorado Springs, CO 80907**

**15 Enterprise St
Aliso Viejo, CA 92656**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **First Mortgage**

| | **Opened 03/07  Last Active** | | |
| Date debt was incurred | **5/30/19** | Last 4 digits of account number | **4151** |

Debtor 1  **John G. Popovich**
First Name          Middle Name                  Last Name

Debtor 2  **Janet L. Popovich**
First Name          Middle Name                  Last Name

Case number (if known) _____

---

| 2.4 | **Chief Petroleum Company** | | **Unknown** | **$306,500.00** | **Unknown** |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**Describe the property that secures the claim:**

**2757 North Prospect Street Colorado Springs, CO 80907  El Paso County Realtor.com used to determine value.  However, this number assumes facts which are not evident including that the house has been updated and the house is in saleable con**

**301 South 10th Street Colorado Springs, CO 80904**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **1993**          Last 4 digits of account number  **7899**

---

| 2.5 | **Colo Comp Ins Auth/Pinnacol Assurance** | | **Unknown** | **$306,500.00** | **Unknown** |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**Describe the property that secures the claim:**

**2757 North Prospect Street Colorado Springs, CO 80907  El Paso County Realtor.com used to determine value.  However, this number assumes facts which are not evident including that the house has been updated and the house is in saleable con**

**7501 E Lowry Blvd. Denver, CO 80230**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **6/2002**          Last 4 digits of account number  **3916**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | John G. Popovich | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Janet L. Popovich | | | | |
| | First Name | Middle Name | Last Name | | |

---

**2.6** **Colorado Department of Revenue**

Creditor's Name

Tax Compliance Audit Division
1375 Sherman Street, Room 504
Denver, CO 80261-0001

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred **2003**

**Describe the property that secures the claim:**    **Unknown**    **$306,500.00**    **Unknown**

2757 North Prospect Street
Colorado Springs, CO 80907  El Paso County
Realtor.com used to determine value.  However, this number assumes facts which are not evident including that the house has been updated and the house is in saleable con

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number **8901**

---

**2.7** **Complete Business Solutions Group, Inc.**

Creditor's Name

22 N 3rd Street
Philadelphia, PA 19106

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred **11/2018**

**Describe the property that secures the claim:**    **Unknown**    **Unknown**    **Unknown**

Portable welders (2), welders (5), Ford F-150, "EvoMag28", Piranha P50 Ironworker, band saws (3), drill pess, Eagle paint cabinet, cylinders (15), extension ladders (2), 400 ft. welding lead, Skil saw, Lenovo computers (3), Bosch angle grin

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **UCC Financing Statement**

Last 4 digits of account number **7532**

---

| Debtor 1 | **John G. Popovich** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Janet L. Popovich** | | | | |
| | First Name | Middle Name | Last Name | | |

---

**2.8** | **Corporation Service Company**

Creditor's Name

**Describe the property that secures the claim:**     **Unknown**   **Unknown**   **Unknown**

> **Portable welders (2), welders (5), Ford F-150, "EvoMag28", Piranha P50 Ironworker, band saws (3), drill pess, Eagle paint cabinet, cylinders (15), extension ladders (2), 400 ft. welding lead, Skil saw, Lenovo computers (3), Bosch angle grin**

**P.O. Box 2576**
**Springfield, IL 62708**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **UCC Financing Statement**

Date debt was incurred   **3/2017**          Last 4 digits of account number   **9992**

---

**2.9** | **Corporation Service Company**

Creditor's Name

**Describe the property that secures the claim:**     **Unknown**   **Unknown**   **Unknown**

> **Portable welders (2), welders (5), Ford F-150, "EvoMag28", Piranha P50 Ironworker, band saws (3), drill pess, Eagle paint cabinet, cylinders (15), extension ladders (2), 400 ft. welding lead, Skil saw, Lenovo computers (3), Bosch angle grin**

**P.O. Box 2576**
**Springfield, IL 62708**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **UCC Financing Statement**

Date debt was incurred   **10/2018**          Last 4 digits of account number   **9143**

---

Debtor 1  **John G. Popovich**
　　　　　First Name　　　　Middle Name　　　　　Last Name

Case number (if known) _____

Debtor 2  **Janet L. Popovich**
　　　　　First Name　　　　Middle Name　　　　　Last Name

---

| 2.1 0 | **Corporation Service Company** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**　　**Unknown**　　**Unknown**　　**Unknown**

> **Portable welders (2), welders (5), Ford F-150, "EvoMag28", Piranha P50 Ironworker, band saws (3), drill pess, Eagle paint cabinet, cylinders (15), extension ladders (2), 400 ft. welding lead, Skil saw, Lenovo computers (3), Bosch angle grin**

**P.O. Box 2576**
**Springfield, IL 62708**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　**UCC Financing Statement**

Date debt was incurred   **7/2018**　　　　Last 4 digits of account number   **5892**

---

| 2.1 1 | **Credit Systems, Inc.** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**　　**Unknown**　　**$306,500.00**　　**Unknown**

> **2757 North Prospect Street Colorado Springs, CO 80907  El Paso County**
> **Realtor.com used to determine value.  However, this number assumes facts which are not evident including that the house has been updated and the house is in saleable con**

**1485 Garden of the Gods Road, Ste. 120**
**Colorado Springs, CO 80907**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   **2002**　　　　Last 4 digits of account number   **2534**

---

Debtor 1 **John G. Popovich**
    First Name      Middle Name       Last Name

Debtor 2 **Janet L. Popovich**
    First Name      Middle Name       Last Name

Case number (if known) _____

---

**2.1
2**    **DSCH Capital Partners, LLC**
Creditor's Name

| Describe the property that secures the claim: | Unknown | Unknown | Unknown |
|---|---|---|---|

**Portable welders (2), welders (5), Ford F-150, "EvoMag28", Piranha P50 Ironworker, band saws (3), drill pess, Eagle paint cabinet, cylinders (15), extension ladders (2), 400 ft. welding lead, Skil saw, Lenovo computers (3), Bosch angle grin**

**P.O. Box 30317
Austin, TX 78755**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) **UCC Financing Statement**

Date debt was incurred    **11/2015**      Last 4 digits of account number    **7224**

---

**2.1
3**    **Far West Capital**
Creditor's Name

| Describe the property that secures the claim: | $150,000.00 | $306,500.00 | $33,281.00 |
|---|---|---|---|

**Deed of Trust on 2757 North Prospect Street Colorado Springs, CO 80907  El Paso County Realtor.com used to determine value.**

**Livingston Building
3420 Executive Center Drive, Ste. 210
Austin, TX 78731**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) **Deed of Trust**

Date debt was incurred    _____      Last 4 digits of account number    **8901**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **John G. Popovich** | | Case number (if known) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Janet L. Popovich** | | | |
| | First Name | Middle Name | Last Name | |

---

**2.1 4** **Fast Cash Group, LLC**

Creditor's Name

**3030 North Rocky Point Drive**
**Tampa, FL 33607**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred** **11/2018**

**Describe the property that secures the claim:**  **Unknown** **Unknown** **Unknown**

Portable welders (2), welders (5), Ford F-150, "EvoMag28", Piranha P50 Ironworker, band saws (3), drill pess, Eagle paint cabinet, cylinders (15), extension ladders (2), 400 ft. welding lead, Skil saw, Lenovo computers (3), Bosch angle grin

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **UCC Financing Statement**

**Last 4 digits of account number** **7479**

---

**2.1 5** **Ford Motor Credit Corp**

Creditor's Name

**Pob 542000**
**Omaha, NE 68154**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred** **Opened 7/14/12 Last Active 6/25/19**

**Describe the property that secures the claim:**  **$1,496.00** **Unknown** **Unknown**

2012 Ford F-250 105,000 miles Debtor co-signed on loan for a friend, Orallia Longoria.  Debtor has no equitable interest in the vehicle. Property is about to be paid off and the primary borrower on this loan will pay it off.

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Purchase Money Security**

**Last 4 digits of account number** **4950**

---

Debtor 1    **John G. Popovich**

First Name          Middle Name          Last Name

Debtor 2    **Janet L. Popovich**

First Name          Middle Name          Last Name

Case number (if known) _____

---

| 2.16 | | | | |
|---|---|---|---|---|
| **IRS District Director** | | $34,772.00 | $306,500.00 | $34,772.00 |

Creditor's Name

**Describe the property that secures the claim:**

> **2757 North Prospect Street Colorado Springs, CO 80907  El Paso County Realtor.com used to determine value.  However, this number assumes facts which are not evident including that the house has been updated and the house is in saleable con**

**Attn: Special Procedures 600 17th Street, 12th Floor North Denver, CO 80202**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   **2008**        **Last 4 digits of account number**   **8901**

---

| 2.17 | | | | |
|---|---|---|---|---|
| **IRS District Director** | | $152,497.00 | $306,500.00 | $152,497.00 |

Creditor's Name

**Describe the property that secures the claim:**

> **2757 North Prospect Street Colorado Springs, CO 80907  El Paso County Realtor.com used to determine value.  However, this number assumes facts which are not evident including that the house has been updated and the house is in saleable con**

**Attn: Special Procedures 600 17th Street, 12th Floor North Denver, CO 80202**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   **2000**        **Last 4 digits of account number**   **8901**

---

| Debtor 1 | **John G. Popovich** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Janet L. Popovich** | | | | |
| | First Name | Middle Name | Last Name | | |

---

**2.18**

**Midnight Advance LLC**
Creditor's Name

**Describe the property that secures the claim:**

**Portable welders (2), welders (5), Ford F-150, "EvoMag28", Piranha P50 Ironworker, band saws (3), drill pess, Eagle paint cabinet, cylinders (15), extension ladders (2), 400 ft. welding lead, Skil saw, Lenovo computers (3), Bosch angle grin**

| Unknown | Unknown | Unknown |
|---|---|---|

**128 32nd**
**Brooklyn, NY 11232**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **UCC Financing Statement**

**Date debt was incurred**  **11/2017**          **Last 4 digits of account number**  **4428**

---

**2.19**

**Reliance Metal & Aluminum Company**
Creditor's Name

**Describe the property that secures the claim:**

**2757 North Prospect Street Colorado Springs, CO 80907 El Paso County Realtor.com used to determine value. However, this number assumes facts which are not evident including that the house has been updated and the house is in saleable con**

| $10,166.00 | $306,500.00 | $10,166.00 |
|---|---|---|

**3855 Silica Drive**
**Colorado Springs, CO 80910**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**  **2017**          **Last 4 digits of account number**  **0683**

---

Debtor 1  **John G. Popovich**
_____
First Name        Middle Name        Last Name

Case number (if known) _____

Debtor 2  **Janet L. Popovich**
_____
First Name        Middle Name        Last Name

| 2.2 0 | **Samson Horus** | | **Unknown** | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> Portable welders (2), welders (5), Ford F-150, "EvoMag28", Piranha P50 Ironworker, band saws (3), drill pess, Eagle paint cabinet, cylinders (15), extension ladders (2), 400 ft. welding lead, Skil saw, Lenovo computers (3), Bosch angle grin

**90 John Street**
**New York, NY 10038**
_____
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **UCC Financing Statement**

Date debt was incurred  **8/2018**        Last 4 digits of account number  **8252**

| 2.2 1 | **T&C Leasing d/b/a Team Funding Solutions** | | **Unknown** | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> Portable welders (2), welders (5), Ford F-150, "EvoMag28", Piranha P50 Ironworker, band saws (3), drill pess, Eagle paint cabinet, cylinders (15), extension ladders (2), 400 ft. welding lead, Skil saw, Lenovo computers (3), Bosch angle grin

**5351 Thunder Creek**
**Austin, TX 78759**
_____
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **UCC Financing Statement**

Date debt was incurred  **1/2017**        Last 4 digits of account number  **4474**

Debtor 1   **John G. Popovich**
    First Name         Middle Name        Last Name

Debtor 2   **Janet L. Popovich**
    First Name         Middle Name        Last Name

Case number (if known) _____

---

| 2.2 2 | **US Welding, Inc. d/b/a Rocky Mtn Air Sol** | | | **$18,109.00** | **$306,500.00** | **$18,109.00** |

Creditor's Name

**Describe the property that secures the claim:**

> **2757 North Prospect Street**
> **Colorado Springs, CO 80907 El**
> **Paso County**
> **Realtor.com used to determine value.**

**1165 Valley Street**
**Colorado Springs, CO 80915**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  2017

**Last 4 digits of account number**  1236

---

| 2.2 3 | **Wakefield & Associates** | | | **Unknown** | **$306,500.00** | **Unknown** |

Creditor's Name

**Describe the property that secures the claim:**

> **2757 North Prospect Street**
> **Colorado Springs, CO 80907 El**
> **Paso County**
> **Realtor.com used to determine value. However, this number assumes facts which are not evident including that the house has been updated and the house is in saleable con**

**P.O. Box 58**
**Fort Morgan, CO 80701**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  12/13/2018

**Last 4 digits of account number**  1445

---

Debtor 1  **John G. Popovich**
First Name     Middle Name     Last Name

Case number (if known) _____

Debtor 2  **Janet L. Popovich**
First Name     Middle Name     Last Name

| 2.24 | **Wakefield & Associates** | Describe the property that secures the claim: | **Unknown** | **$306,500.00** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**2757 North Prospect Street**
**Colorado Springs, CO 80907  El**
**Paso County**
**Realtor.com used to determine**
**value.  However, this number**
**assumes facts which are not**
**evident including that the house has**
**been updated and the house is in**
**saleable con**

**P.O. Box 58**
**Fort Morgan, CO 80701**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number  **5678**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$556,821.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$556,821.00** |

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Arckey & Associates LLC**
**6465 Greenwood Plaza Blvd.**
**Englewood, CO 80111**

On which line in Part 1 did you enter the creditor?  **2.22**

Last 4 digits of account number ____

☐ Name, Number, Street, City, State & Zip Code
**Colorado Secretary of State - UCC**
**Doc. No. 20112034862**
**1700 Broadway, Ste. 200**
**Denver, CO 80290**

On which line in Part 1 did you enter the creditor?  **2.16**

Last 4 digits of account number ____

☐ Name, Number, Street, City, State & Zip Code
**Colorado Secretary of State - UCC**
**Doc. No. 20112017132**
**1700 Broadway, Ste. 200**
**Denver, CO 80290**

On which line in Part 1 did you enter the creditor?  **2.17**

Last 4 digits of account number ____

☐ Name, Number, Street, City, State & Zip Code
**Corporation Service Company**
**P.O. Box 2576**
**Springfield, IL 62708**

On which line in Part 1 did you enter the creditor?  **2.12**

Last 4 digits of account number ____

Debtor 1  **John G. Popovich**
First Name          Middle Name                    Last Name

Debtor 2  **Janet L. Popovich**
First Name          Middle Name                    Last Name

Case number (if known) _____

☐ Name, Number, Street, City, State & Zip Code
**Denver County Court**
**Case No. 2019C50857**
**1437 Bannock Street**
**Denver, CO 80202**

On which line in Part 1 did you enter the creditor?  **2.22**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**DSCH Capital Partners, LLC**
**P.O. Box 30317**
**Austin, TX 78755**

On which line in Part 1 did you enter the creditor?  **2.13**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**El Paso County Clerk and Recorder**
**Rec No. 219056133**
**1675 West Garden of the Gods Road**
**Colorado Springs, CO 80907**

On which line in Part 1 did you enter the creditor?  **2.22**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**El Paso County Clerk and Recorder**
**Rec No. 218009643**
**1675 West Garden of the Gods Road**
**Colorado Springs, CO 80907**

On which line in Part 1 did you enter the creditor?  **2.19**

Last 4 digits of account number  **9643**

☐ Name, Number, Street, City, State & Zip Code
**El Paso County Clerk and Recorder**
**Rec No. 002336285**
**1675 West Garden of the Gods Road**
**Colorado Springs, CO 80907**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**El Paso County Clerk and Recorder**
**Rec No. 203283453**
**1675 West Garden of the Gods Road**
**Colorado Springs, CO 80907**

On which line in Part 1 did you enter the creditor?  **2.6**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**El Paso County Clerk and Recorder**
**Rec No. 202056193**
**1675 West Garden of the Gods Road**
**Colorado Springs, CO 80907**

On which line in Part 1 did you enter the creditor?  **2.11**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**El Paso County Clerk and Recorder**
**Rec No. 203080213**
**1675 West Garden of the Gods Road**
**Colorado Springs, CO 80907**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**El Paso County Clerk and Recorder**
**Rec No. 211086324**
**1675 West Garden of the Gods Road**
**Colorado Springs, CO 80907**

On which line in Part 1 did you enter the creditor?  **2.16**

Last 4 digits of account number ___

Debtor 1    **John G. Popovich**
            First Name                    Middle Name              Last Name
Debtor 2    **Janet L. Popovich**
            First Name                    Middle Name              Last Name

Case number (if known) _____

| | |
|---|---|
| ☐ Name, Number, Street, City, State & Zip Code<br>**El Paso County Clerk and Recorder**<br>**Rec No. 202093442**<br>**1675 West Garden of the Gods Road**<br>**Colorado Springs, CO 80907** | On which line in Part 1 did you enter the creditor?  **2.5**<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**El Paso County Clerk and Recorder**<br>**Rec No. 211065663**<br>**1675 West Garden of the Gods Road**<br>**Colorado Springs, CO 80907** | On which line in Part 1 did you enter the creditor?  **2.24**<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**El Paso County Court**<br>**Case no. 2017C40683**<br>**270 South Tejon Street, Rm W/170**<br>**Colorado Springs, CO 80903** | On which line in Part 1 did you enter the creditor?  **2.19**<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**El Paso County Court**<br>**Case no. 1993C7899**<br>**270 South Tejon Street**<br>**Colorado Springs, CO 80903** | On which line in Part 1 did you enter the creditor?  **2.4**<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**El Paso County Court**<br>**Case no. 2002C2534**<br>**270 South Tejon Street, Rm W/170**<br>**Colorado Springs, CO 80903** | On which line in Part 1 did you enter the creditor?  **2.11**<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**El Paso County Court**<br>**Case no. 2002C18592**<br>**270 South Tejon Street, Rm W/170**<br>**Colorado Springs, CO 80903** | On which line in Part 1 did you enter the creditor?  **2.2**<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**El Paso County Court**<br>**Case no. 2018C41445**<br>**270 South Tejon Street, Rm W/170**<br>**Colorado Springs, CO 80903** | On which line in Part 1 did you enter the creditor?  **2.23**<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**El Paso County Court**<br>**Case no. 2011C15678**<br>**270 South Tejon Street, Rm W/170**<br>**Colorado Springs, CO 80903** | On which line in Part 1 did you enter the creditor?  **2.24**<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**El Paso County District Court**<br>**Case no. 2003CV51475**<br>**270 South Tejon Street**<br>**Colorado Springs, CO 80903** | On which line in Part 1 did you enter the creditor?  **2.6**<br><br>Last 4 digits of account number ___ |

Debtor 1    **John G. Popovich**
            First Name          Middle Name          Last Name

Debtor 2    **Janet L. Popovich**
            First Name          Middle Name          Last Name

Case number (if known) _____

| | |
|---|---|
| ☐    Name, Number, Street, City, State & Zip Code<br>**El Paso County District Court**<br>**Case no. 01CV3916**<br>**270 South Tejon Street**<br>**Colorado Springs, CO 80903** | On which line in Part 1 did you enter the creditor? __**2.5**__<br><br>Last 4 digits of account number ___ |
| ☐    Name, Number, Street, City, State & Zip Code<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | On which line in Part 1 did you enter the creditor? __**2.16**__<br><br>Last 4 digits of account number ___ |
| ☐    Name, Number, Street, City, State & Zip Code<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | On which line in Part 1 did you enter the creditor? __**2.17**__<br><br>Last 4 digits of account number ___ |
| ☐    Name, Number, Street, City, State & Zip Code<br>**Paige Wright**<br>**1804 Ralph's Ridge Road, Ste. 101**<br>**Colorado Springs, CO 80910** | On which line in Part 1 did you enter the creditor? __**2.21**__<br><br>Last 4 digits of account number ___ |
| ☐    Name, Number, Street, City, State & Zip Code<br>**US Attorney - Department of Justice**<br>**Tax Division - Western Region**<br>**Ben Franklin Station**<br>**Washington, DC 20044** | On which line in Part 1 did you enter the creditor? __**2.16**__<br><br>Last 4 digits of account number ___ |
| ☐    Name, Number, Street, City, State & Zip Code<br>**US Attorney - Department of Justice**<br>**Tax Division - Western Region**<br>**Ben Franklin Station**<br>**Washington, DC 20044** | On which line in Part 1 did you enter the creditor? __**2.17**__<br><br>Last 4 digits of account number ___ |
| ☐    Name, Number, Street, City, State & Zip Code<br>**US Attorney - District of Colorado**<br>**1225 17th Street, Ste. 200**<br>**Denver, CO 80202-5598** | On which line in Part 1 did you enter the creditor? __**2.16**__<br><br>Last 4 digits of account number ___ |
| ☐    Name, Number, Street, City, State & Zip Code<br>**US Attorney - District of Colorado**<br>**1225 17th Street, Ste. 200**<br>**Denver, CO 80202-5598** | On which line in Part 1 did you enter the creditor? __**2.17**__<br><br>Last 4 digits of account number ___ |

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 16 of 16

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John G. Popovich** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | **Janet L. Popovich** |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **IRS District Director** | Last 4 digits of account number  8901 | $570.00 | $0.00 | $570.00 |
| | Priority Creditor's Name | | | | |
| | **Attn: Special Procedures** | When was the debt incurred? | | | |
| | **600 17th Street, 12th Floor North** | | | | |
| | **Denver, CO 80202** | | | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**Payroll taxes**

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**

Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 2.2 | **OSHA** | Last 4 digits of account number **0033** | **Unknown** | **$0.00** | **$0.00** |

| 2.2 | **OSHA** |
|---|---|

Priority Creditor's Name
**US Department of Labor**
**7935 East Prentice Ave, Ste.**
**209**
**Greenwood Village, CO 80111**
Number Street City State Zip Code

Last 4 digits of account number **0033**   **Unknown**   **$0.00**   **$0.00**

When was the debt incurred?   **2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Business debt**

---

| 2.3 | **OSHA** |
|---|---|

Priority Creditor's Name
**US Department of Labor**
**7935 East Prentice Ave, Ste.**
**209**
**Greenwood Village, CO 80111**
Number Street City State Zip Code

Last 4 digits of account number **0301**   **Unknown**   **$0.00**   **$0.00**

When was the debt incurred?   **2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Business debt**

---

| 2.4 | **OSHA** |
|---|---|

Priority Creditor's Name
**US Department of Labor**
**7935 East Prentice Ave, Ste.**
**209**
**Greenwood Village, CO 80111**
Number Street City State Zip Code

Last 4 digits of account number **8362**   **$3,709.00**   **$0.00**   **$3,709.00**

When was the debt incurred?   **2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Business debt**

| Debtor 1 | **John G. Popovich** | |
|---|---|---|
| Debtor 2 | **Janet L. Popovich** | Case number (if known) |

| 2.5 | **OSHA** | Last 4 digits of account number **1379** | **$114,335.0 0** | **$0.00** | **$114,335.00** |
|---|---|---|---|---|---|

Priority Creditor's Name

**US Department of Labor**
**7935 East Prentice Avenue, Ste.**
**209**
**Greenwood Village, CO 80111**

Number Street City State Zip Code

When was the debt incurred? **2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Administrative citation.  Business debt**

| 2.6 | **OSHA** | Last 4 digits of account number **0532** | **$19,100.00** | **$0.00** | **$19,100.00** |
|---|---|---|---|---|---|

Priority Creditor's Name

**US Department of Labor**
**7935 East Prentice Avenue, Ste.**
**209**
**Greenwood Village, CO 80111**

Number Street City State Zip Code

When was the debt incurred? **2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Administrative citation. Business debt**

---

**Part 2:**    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1    **John G. Popovich**
Debtor 2    **Janet L. Popovich**

Case number (if known) _____

| 4.1 | **Ace Funding Source, LLC** | Last 4 digits of account number | **0692** | | $6,709.00 |

Nonpriority Creditor's Name
**366 North Broadway Ste 410**
**Jericho, NY 11753**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 | **ACT Metal Deck Supply** | Last 4 digits of account number | **2286** | | $51,886.00 |

Nonpriority Creditor's Name
**1601 Emily Lane**
**Aurora, IL 60502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 | **ADT Security Services** | Last 4 digits of account number | **0964** | | $1,200.00 |

Nonpriority Creditor's Name
**P.O. Box 371878**
**Pittsburgh, PA 15250-7878**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **John G. Popovich**
Debtor 2  **Janet L. Popovich**

Case number (*if known*) _____

| | | | |
|---|---|---|---|
| **4.4** | **Air Gas** | Last 4 digits of account number    **8901** | **$4,000.00** |

Nonpriority Creditor's Name
**259 N Radnor-Chester Rd, Ste 100**
**Wayne, PA 19087**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Open account**

---

| | | | |
|---|---|---|---|
| **4.5** | **All Copy Products** | Last 4 digits of account number    **WF73** | **$1,527.00** |

Nonpriority Creditor's Name
**210 East Cimarron Street**
**Colorado Springs, CO 80903**
Number Street City State Zip Code

**When was the debt incurred?**    **2017**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| | | | |
|---|---|---|---|
| **4.6** | **Allison & Hainey, Inc.** | Last 4 digits of account number    **9823** | **$624.00** |

Nonpriority Creditor's Name
**d/b/a Concrete Coring Company**
**P.O. Box 665**
**Westminster, CO 80036**
Number Street City State Zip Code

**When was the debt incurred?**    **3/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **John G. Popovich**
Debtor 2  **Janet L. Popovich**

Case number (if known) _____

---

| 4.7 | **Allison & Hainey, Inc.** | Last 4 digits of account number | **6946** | **$510.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**d/b/a Concrete Coring Company**
**P.O. Box 665**
**Westminster, CO 80036**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?     **3/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

| 4.8 | **Allison & Hainey, Inc.** | Last 4 digits of account number | **9957** | **$208.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**d/b/a Concrete Coring Company**
**P.O. Box 665**
**Westminster, CO 80036**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?     **3/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

| 4.9 | **Amanda Carlson** | Last 4 digits of account number | **8901** | **$6,640.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**14250 Gleneagle Drive**
**Colorado Springs, CO 80921**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

Debtor 1  **John G. Popovich**
Debtor 2  **Janet L. Popovich**

Case number (if known) _____

---

**4.10**

| | |
|---|---|
| **Apex Tarnsportation** | Last 4 digits of account number  **8901**   $1,550.00 |

Nonpriority Creditor's Name

**9800 Alton Way**
**Henderson, CO 80640**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **12/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.11**

| | |
|---|---|
| **B-Tec, LLC** | Last 4 digits of account number  **8901**   $1,069.00 |

Nonpriority Creditor's Name

**2904 Graneros Lane**
**Pueblo, CO 81005**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **7/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.12**

| | |
|---|---|
| **Berringer & Rickords, PC** | Last 4 digits of account number  **8901**   $2,897.00 |

Nonpriority Creditor's Name

**619 North 17th Street, Ste 100**
**Colorado Springs, CO 80904**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **John G. Popovich**

Debtor 2  **Janet L. Popovich**

Case number (if known) _____

---

**4.1 3**

**Berringer & Rickords, PC**

Nonpriority Creditor's Name

**619 North 17th Street, Ste 100**
**Colorado Springs, CO 80904**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **8901**                $154.00

When was the debt incurred?    **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

**4.1 4**

**Berringer & Rickords, PC**

Nonpriority Creditor's Name

**619 North 17th Street, Ste 100**
**Colorado Springs, CO 80904**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **9200**                $533.00

When was the debt incurred?    **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

**4.1 5**

**Berringer & Rickords, PC**

Nonpriority Creditor's Name

**619 North 17th Street, Ste 100**
**Colorado Springs, CO 80904**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4562**                $227.00

When was the debt incurred?    **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

8/28/19  4:33PM

Debtor 1  **John G. Popovich**
Debtor 2  **Janet L. Popovich**

Case number (if known) _____

---

| 4.1 6 | **Best Buy/cbna** | Last 4 digits of account number | **3265** | **$1,269.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 6497**
**Sioux Falls, SD 57117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **Opened 04/06  Last Active 6/21/13**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

| 4.1 7 | **Brandon Balliett** | Last 4 digits of account number | **8901** | **$9,671.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2770 North Prosepct Street**
**Colorado Springs, CO 80907**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.1 8 | **Brinkman Construction** | Last 4 digits of account number | **8901** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3528 Precision Drive, Ste 100**
**Fort Collins, CO 80528**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Open account**

---

Debtor 1  **John G. Popovich**
Debtor 2  **Janet L. Popovich**

Case number (if known) _____

---

| 4.1 9 | | | |
|---|---|---|---|

**Carefree Heavy Haul**

Nonpriority Creditor's Name

**2102 Janitell Road**
**Colorado Springs, CO 80906**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 8901

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**$1,790.00**

---

| 4.2 0 | | | |
|---|---|---|---|

**Carlos Holguin**

Nonpriority Creditor's Name

**425 East Willamette Avenue**
**Colorado Springs, CO 80903**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 8901

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**$1,879.00**

---

| 4.2 1 | | | |
|---|---|---|---|

**Century Link**

Nonpriority Creditor's Name

**100 Century Link Drive**
**Monroe, LA 71203**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 0764

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**Unknown**

---

Debtor 1  **John G. Popovich**
Debtor 2  **Janet L. Popovich**

Case number (if known) _____

---

**4.2 2**

**Chris Williams Enterprises, Inc.**
Nonpriority Creditor's Name
**2516 North Weber Street**
**Colorado Springs, CO 80907-6951**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **8901**                    **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 3**

**Christensen Construction, Inc.**
Nonpriority Creditor's Name
**13232 Bradshaw Road**
**Peyton, CO 80831**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **8901**                    **$470.00**

When was the debt incurred?   **2017**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 4**

**Colorado Casualty Insurance Company**
Nonpriority Creditor's Name
**175 Berkeley Street**
**Boston, MA 02116-5066**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **5120**                    **$343.00**

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**

Case number (if known) _____

---

| 4.2 5 | **Complete Business Solutions Group, Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**141 North 2nd Street**
**Philadelphia, PA 19106**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **8901** _____          **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

---

| 4.2 6 | **Concrete Coring Company** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**829 Garner Street**
**Colorado Springs, CO 80905**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3235** _____          **$1,342.00**

When was the debt incurred?   **2017** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

---

| 4.2 7 | **Copper State Bolt & Nut Company** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**4910 Northpark Drive**
**Colorado Springs, CO 80918**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **8901** _____          **$9,900.00**

When was the debt incurred?   **2017** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

---

Debtor 1  **John G. Popovich**
Debtor 2  **Janet L. Popovich**

Case number (if known) _____

---

| 4.2 8 | **Crestview Financial LLC** | Last 4 digits of account number | **6088** | **$52,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1430 Broadway**
**New York, NY 10018**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Judgment account.  Business debt**

---

| 4.2 9 | **David J. Margrave, PC** | Last 4 digits of account number | **7198** | **$15,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**524 South Cascade Ave., Ste 2**
**Colorado Springs, CO 80904**

When was the debt incurred?  **2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt**

---

| 4.3 0 | **DSCH Capital Partners, LLC** | Last 4 digits of account number | **8901** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 30317**
**Austin, TX 78755**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt**

---

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**

Case number (if known) _____

| 4.3 1 | **El Paso County District Court** | Last 4 digits of account number | **3916** | **Unknown** |

Nonpriority Creditor's Name
**Case no. 2001CV3916**
**270 South Tejon Street**
**Colorado Springs, CO 80903**
Number Street City State Zip Code

When was the debt incurred?   **2001**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Open account**

---

| 4.3 2 | **El Paso County District Court** | Last 4 digits of account number | **0707** | **$182,387.00** |

Nonpriority Creditor's Name
**Case no. 2019CV30707**
**270 South Tejon Street**
**Colorado Springs, CO 80903**
Number Street City State Zip Code

When was the debt incurred?   **11/2015**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Suit for money damages on business lease**

---

| 4.3 3 | **Emergicare Medical Clinics** | Last 4 digits of account number | **3808** | **$1,386.00** |

Nonpriority Creditor's Name
**4083 Austin Bluffs Parkway**
**Colorado Springs, CO 80918**
Number Street City State Zip Code

When was the debt incurred?   **2018**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**

Case number (if known) _____

---

| 4.3 4 | **Farmers Insurance Group** | Last 4 digits of account number | 6743 | **$15,224.00** |

Nonpriority Creditor's Name

**4680 Wilshire Blvd.**
**Los Angeles, CA 90010**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Open account**

---

| 4.3 5 | **Farmers Insurance Group** | Last 4 digits of account number | 4665 | **$1,871.00** |

Nonpriority Creditor's Name

**4680 Wilshire Blvd.**
**Los Angeles, CA 90010**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Open account**

---

| 4.3 6 | **Fast Capital Financing, LLC** | Last 4 digits of account number | 8901 | **Unknown** |

Nonpriority Creditor's Name

**117 NE 1st Avenue**
**Miami, FL 33132**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**

Case number (if known) _____

---

| 4.3 7 | **Fast Cash Group, LLC** | Last 4 digits of account number | 5714 | $21,709.00 |

Nonpriority Creditor's Name
**3030 North Rocky Point Drive**
**Tampa, FL 33607**

When was the debt incurred?   **2018**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Judgment account.  Business debt**

---

| 4.3 8 | **Federal Express** | Last 4 digits of account number | 6899 | $2,560.00 |

Nonpriority Creditor's Name
**942 South Shady Grove Road**
**Memphis, TN 38120**

When was the debt incurred?   **2017**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 9 | **Federal Express** | Last 4 digits of account number | 7628 | $4,078.00 |

Nonpriority Creditor's Name
**942 South Shady Grove Road**
**Memphis, TN 38120**

When was the debt incurred?   **2017**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**

Case number (if known) _____

---

| 4.40 | **Geico Casualty Insurance Company** | Last 4 digits of account number | 8901 | $3,800.00 |

Nonpriority Creditor's Name
**1 Geico Plaza**
**Bethesda, MD 20810-0001**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Open account**

---

| 4.41 | **Jeremiah Tumblin** | Last 4 digits of account number | 8901 | $357.00 |

Nonpriority Creditor's Name
**750 East Vermijo Avenue**
**Colorado Springs, CO 80903**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.42 | **Jesse G. Woodward** | Last 4 digits of account number | 8901 | $311.00 |

Nonpriority Creditor's Name
**520 West Buena Ventura Street**
**Colorado Springs, CO 80907**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**

Case number (if known) _____

---

| 4.4 3 | **John Degoey** | Last 4 digits of account number | **8901** | **$4,018.00** |

Nonpriority Creditor's Name
**3466 Amador Circle**
**Colorado Springs, CO 80918**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.4 4 | **John Treadway** | Last 4 digits of account number | **8901** | **$1,056.00** |

Nonpriority Creditor's Name
**157 Wellington Street**
**Fountain, CO 80817**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.4 5 | **Kathleen Hylin** | Last 4 digits of account number | **8901** | **$3,419.00** |

Nonpriority Creditor's Name
**18390 Kevin's View**
**Peyton, CO 80831**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**

Case number (if known) _____

| 4.46 | **Kevin Hylin** | Last 4 digits of account number | **8901** | **$14,934.00** |

Nonpriority Creditor's Name
**18390 Kevin's View**
**Peyton, CO 80831**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.47 | **Kirk Oldham** | Last 4 digits of account number | **8901** | **$2,043.00** |

Nonpriority Creditor's Name
**321 West Bijou Street**
**Colorado Springs, CO 80905**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.48 | **Kohls/capone** | Last 4 digits of account number | **8662** | **$3,516.00** |

Nonpriority Creditor's Name

**Po Box 3115**
**Milwaukee, WI 53201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Opened 11/09  Last Active 7/03/13**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**

Case number (if known) _____

| 4.4 9 | **Lvnv Funding Llc** | Last 4 digits of account number | **9101** | **$1,031.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Po Box 1269**
**Greenville, SC 29602**

When was the debt incurred?   **Opened 04/17**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☑ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a  community debt**
- ☐ Student loans
- **Is the claim subject to offset?**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☑ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ☑ Other. Specify   **Factoring Company Account Credit One Bank N.A.**

| 4.5 0 | **Matthew S. Zufelt** | Last 4 digits of account number | **8901** | **$1,867.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**425 East Willamette Avenue**
**Colorado Springs, CO 80903**

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a  community debt**
- ☐ Student loans
- **Is the claim subject to offset?**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☑ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ☑ Other. Specify   **Business debt**

| 4.5 1 | **MBCI** | Last 4 digits of account number | **8901** | **$8,400.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**5711 E Fm 40**
**Lubbock, TX 79403**

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a  community debt**
- ☐ Student loans
- **Is the claim subject to offset?**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☑ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ☑ Other. Specify   **Business debt**

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**

Case number (if known) _____

| 4.5 2 | **Midland Funding** | Last 4 digits of account number | **4025** | **$2,010.00** |

Nonpriority Creditor's Name

**320 E Big Beaver Rd Ste**
**Troy, MI 48083**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **Opened 03/14**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Factoring Company Account Credit One Bank N.A.**

| 4.5 3 | **Midland Funding** | Last 4 digits of account number | **9141** | **$567.00** |

Nonpriority Creditor's Name

**320 E Big Beaver Rd Ste**
**Troy, MI 48083**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **Opened 04/14**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Factoring Company Account Citibank N.A.**

| 4.5 4 | **O'Reilly Auto Parts** | Last 4 digits of account number | **8980** | **$3,336.00** |

Nonpriority Creditor's Name

**P.O. Box 1156**
**Springfield, MO 65801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**                                      Case number (if known) _____

| 4.5 5 | **Outlaw Powder Coating & Restoration** | **Last 4 digits of account number** | **8901** | **$4,900.00** |

Nonpriority Creditor's Name

**1385 Justice Road**
**Central Point, OR 97502**

**When was the debt incurred?   2018**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.5 6 | **Peak Professional Contractors** | **Last 4 digits of account number** | **8901** | **Unknown** |

Nonpriority Creditor's Name

**1029 S Sierra Madre St., Ste. A**
**Colorado Springs, CO 80903**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Open account**

---

| 4.5 7 | **R&S Powder Coating LLC** | **Last 4 digits of account number** | **8901** | **$15,300.00** |

Nonpriority Creditor's Name

**1329 Paonia Street**
**Colorado Springs, CO 80915**

**When was the debt incurred?   2018**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**

Case number (if known) _____

---

| 4.58 | **Randy Thompson** | Last 4 digits of account number | **8901** | **$6,055.00** |

Nonpriority Creditor's Name

**2934 East Fountain Blvd.**
**Colorado Springs, CO 80910**

Number Street City State Zip Code

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.59 | **Reiss Ornamental & Structural Products** | Last 4 digits of account number | **0966** | **$13,076.00** |

Nonpriority Creditor's Name

**3739 North Illinois Street**
**Indianapolis, IN 46208**

Number Street City State Zip Code

**When was the debt incurred?**   **2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.60 | **Samson Horus LLC** | Last 4 digits of account number | **9867** | **$5,207.00** |

Nonpriority Creditor's Name

**99 John Street Ste 40**
**New York, NY 10038**

Number Street City State Zip Code

**When was the debt incurred?**   **2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1  **John G. Popovich**
Debtor 2  **Janet L. Popovich**

Case number (*if known*) _____

| 4.6 1 | **Samson Horus LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**99 John Street Ste 40**
**New York, NY 10038**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **9868**          **$64,723.00**

**When was the debt incurred?**   **2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

| 4.6 2 | **Sba** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1441 L Street Nw**
**Washington, DC 20416**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **3250**          **$9,349.00**

**When was the debt incurred?**   **Opened  7/15/10  Last Active 12/27/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Government Miscellaneous Debt**

| 4.6 3 | **Schofield Law Office** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3510 Austin Bluffs Pkwy, Ste. B**
**Colorado Springs, CO 80918**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **8901**          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Open account**

Debtor 1  **John G. Popovich**
Debtor 2  **Janet L. Popovich**

Case number (if known) _____

| 4.6 4 | **Sunstate Equipment** | Last 4 digits of account number | **2672** | **$12,470.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1211 East Cheyenne Road**
**Colorado Springs, CO 80905**
Number Street City State Zip Code

When was the debt incurred?   **10/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

| 4.6 5 | **Surinak Engineering LC** | Last 4 digits of account number | **2416** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3819 North Delaware Street**
**Indianapolis, IN 46205**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

| 4.6 6 | **Team Funding Solution** | Last 4 digits of account number | **8901** | **$25,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**5351 Thunder Creek Road**
**Austin, TX 78759**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lease of plasma cam**

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**

Case number (*if known*) _____

| | | | |
|---|---|---|---|
| 4.6 7 | **Team Funding Solutions** | Last 4 digits of account number   **8901** | **$16,000.00** |

Nonpriority Creditor's Name
**5351 Thunder Creek Road**
**Austin, TX 78759**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lease purchase**

---

| | | | |
|---|---|---|---|
| 4.6 8 | **Teddy Hackford** | Last 4 digits of account number   **8901** | **$1,568.00** |

Nonpriority Creditor's Name
**425 East Willamette Ave., Apt. 20**
**Colorado Springs, CO 80903**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| | | | |
|---|---|---|---|
| 4.6 9 | **TFP Corporation** | Last 4 digits of account number   **8901** | **$7,637.00** |

Nonpriority Creditor's Name
**460 Ike Road**
**Medina, OH 44256**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **2017**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1 **John G. Popovich**
Debtor 2 **Janet L. Popovich**

Case number (if known) _____

---

| 4.70 | **TFP Corporation** | Last 4 digits of account number **8901** | **$7,800.00** |

Nonpriority Creditor's Name
**460 Ike Road**
**Medina, OH 44256**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.71 | **TMS Construction** | Last 4 digits of account number **8901** | **$250,000.00** |

Nonpriority Creditor's Name
**5739 Observation Court, Ste. 110**
**Colorado Springs, CO 80916**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.72 | **Tyler Townley** | Last 4 digits of account number **8901** | **$12,783.00** |

Nonpriority Creditor's Name
**737 West Monument Street**
**Colorado Springs, CO 80904**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

8/28/19  4:33PM

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**

Case number (if known) _____

| 4.7 3 | **UCHealth** | Last 4 digits of account number | **8901** | **$6,000.00** |

Nonpriority Creditor's Name

**PO Box 732144**
**Dallas, TX 75373-2144**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **10/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| 4.7 4 | **Verizon** | Last 4 digits of account number | **0461** | **$1,279.00** |

Nonpriority Creditor's Name

**Verizon Wireless Bankruptcy Admin**
**500 Technology Drive, Suite 500**
**Saint Charles, MO 63304**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **1/2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Open account**

---

| 4.7 5 | **Wakefield & Associates** | Last 4 digits of account number | **5678** | **$500.00** |

Nonpriority Creditor's Name

**P.O. Box 58**
**Fort Morgan, CO 80701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2011**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Judgment account**

---

Debtor 1   **John G. Popovich**

Debtor 2   **Janet L. Popovich**

Case number (if known) _____

---

| 4.76 | | | |
|---|---|---|---|

**Waste Connections**

Nonpriority Creditor's Name

**7770 Palmer Park Blvd.**
**Colorado Springs, CO 80951**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **7878**                      $110.00

When was the debt incurred?   **1/2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Open account**

---

| 4.77 | | | |
|---|---|---|---|

**Waypoint Resource Grou**

Nonpriority Creditor's Name

**301 Sundance Pkwy**
**Round Rock, TX 78681**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1168**                      $179.00

When was the debt incurred?   **Opened 08/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney Comcast Communications Llc**

---

| 4.78 | | | |
|---|---|---|---|

**WCI of Colorado Springs**

Nonpriority Creditor's Name

**7770 Palmer Park Blvd.**
**Colorado Springs, CO 80951**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **7878**                      $221.00

When was the debt incurred?   **2/2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1   **John G. Popovich**
Debtor 2   **Janet L. Popovich**

Case number (if known) _____

---

| 4.7 9 | **Wilco Holdings, LLC** | Last 4 digits of account number | **8901** | **$51,237.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Chris Williams**
**2120 Naegle Road**
**Colorado Springs, CO 80904**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?     **2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

| 4.8 0 | **William Ulibarri** | Last 4 digits of account number | **8901** | **$6,673.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**14250 Gleneagle Drive**
**Colorado Springs, CO 80921**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

| 4.8 1 | **Zane Marconnet** | Last 4 digits of account number | **8901** | **$2,600.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**609 Bullhead Avenue**
**Conchas Dam, NM 88416**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

8/28/19  4:33PM

Debtor 1    **John G. Popovich**
Debtor 2    **Janet L. Popovich**

Case number (*if known*) _____

| Name and Address | | |
|---|---|---|
| **Far West Capital**<br>**Livingston Building**<br>**3420 Executive Center Drive, Ste.**<br>**210**<br>**Austin, TX 78731** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.30** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | | |
|---|---|---|
| **American Recovery Service, Inc.**<br>**555 St. Charles Drive, Ste. 100**<br>**Thousand Oaks, CA 91360** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **1661** |

| Name and Address | | |
|---|---|---|
| **American Recovery Service, Inc.**<br>**555 St. Charles Drive, Ste. 100**<br>**Thousand Oaks, CA 91360** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2290** |

| Name and Address | | |
|---|---|---|
| **Chris Williams Enterprises, Inc.**<br>**2516 North Weber Street**<br>**Colorado Springs, CO 80907-6951** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.32** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | | |
|---|---|---|
| **Chris Williams Enterprises, Inc.**<br>**2516 North Weber Street**<br>**Colorado Springs, CO 80907-6951** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.22** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | | |
|---|---|---|
| **Citibank**<br>**Citicorp Credit Services**<br>**Centralized Bankruptcy**<br>**PO Box 790040**<br>**Saint Louis, MO 63179** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.53** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | | |
|---|---|---|
| **Colo. Compensation Insurance**<br>**Authority**<br>**6333333 17th Street Ste 400**<br>**Denver, CO 80202** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | | |
|---|---|---|
| **Comcast Communications**<br>**1 Comcast Ctr**<br>**Philadelphia, PA 19103-2838** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.77** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | | |
|---|---|---|
| **Credit One Bank**<br>**P.O. Box 60500**<br>**City of Industry, CA 91716** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.52** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **6802** |

| Name and Address | | |
|---|---|---|
| **Credit One Bank**<br>**P.O. Box 98873**<br>**Las Vegas, NV 89193-8823** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.49** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **6802** |

| Name and Address | | |
|---|---|---|
| **Credit Systems, Inc.** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1  **John G. Popovich**
Debtor 2  **Janet L. Popovich**

Case number (if known) _____

**1485 Garden of the Gods Road, Ste. 120**
**Colorado Springs, CO 80907**

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**El Paso County Clerk and Recorder**
**Rec No. 20182090289**
**1675 West Garden of the Gods Road**
**Colorado Springs, CO 80907**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**El Paso County Clerk and Recorder**
**Rec No. 202093442**
**1675 West Garden of the Gods Road**
**Colorado Springs, CO 80907**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.31** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**El Paso County Clerk and Recorder**
**Rec No. 211065663**
**1675 West Garden of the Gods Road**
**Colorado Springs, CO 80907**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.75** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**El Paso County Court**
**Case no. 2011C1578**
**270 South Tejon Street, Rm W/170**
**Colorado Springs, CO 80903**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.75** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**El Paso County District Court**
**Case no. 2019CV31479**
**270 South Tejon Street**
**Colorado Springs, CO 80903**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**El Paso County District Court**
**Case no. 2016CV32672**
**270 South Tejon Street**
**Colorado Springs, CO 80903**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.64** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Erie County Supreme Court**
**Case no. 816088/2018**
**25 Delaware Ave., Ground Floor**
**Buffalo, NY 14202**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Erie County Supreme Court**
**25 Delaware Avenue Ground Floor**
**Buffalo, NY 14202**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.37** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **5714**

---

Name and Address
**Girsh & Rottman, PC**
**6000 East Evans Avenue, Ste. 1-211**
**Denver, CO 80222**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.54** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Hampton & Associates, Inc.**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.69** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims

---

8/28/19  4:33PM

| | |
|---|---|
| Debtor 1   **John G. Popovich** | |
| Debtor 2   **Janet L. Popovich** | Case number (if known) |

525 Brannon Street, Ste. 206
San Francisco, CA 94107

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Hunter Warfield**
**4620 Woodland Corporate Drive**
**Tampa, FL 33614**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Law Office of Joe Lieberman**
**815 Central Avenue**
**Lawrence, NY 11559-1310**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Law Office of Joel Cardis, LLC**
**2006 Swede Road, Ste 100**
**Norristown, PA 19401-1787**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.38** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Miller Cohen Peterson Young PC**
**P.O. Box 1259**
**Longmont, CO 80502-1259**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Miller Cohen Peterson Young PC**
**P.O. Box 1259**
**Longmont, CO 80502-1259**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.64** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Morgan Philips**
**1651 North Collins Blvd Ste 140**
**Richardson, TX 75080**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.59** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Paige Wright**
**1804 Ralph's Ridge Road, Ste. 101**
**Colorado Springs, CO 80910**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.66** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Par Funding**
**20900 NE 30th Ave., Ste. 307**
**Miami, FL 33180**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Par Funding**
**20900 NE 30th Ave., Ste. 307**
**Miami, FL 33180**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.32** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pinnacol Assurance**
**7501 E Lowry Blvd.**
**Denver, CO 80230**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.31** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Debtor 1  **John G. Popovich**
Debtor 2  **Janet L. Popovich**

Case number (if known) _____

Last 4 digits of account number

---

Name and Address
**Revenue Recovery, Inc.**
**43920 Margarita Road, Ste F**
**Temecula, CA 92592-2736**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.39** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Stinar & Zendejas LLC**
**Attn: Melanie L. Meek**
**121 East Vermijo Avenue**
**Colorado Springs, CO 80903**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.79** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Stinar, Zendejas & Gaithe PLLC**
**Attn: Christopher G. Wilhelmi**
**121 East Vermijo Avenue, Ste 200**
**Colorado Springs, CO 80903**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.32** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Torbet Tuft & McConkie LLC**
**2 N. Cascade Avenue, Ste 320**
**Colorado Springs, CO 80903**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Traditions at Colorado Springs LLC**
**6010 Tutt Blvd.**
**Colorado Springs, CO 80923**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**US Attorney - Department of Justice**
**Tax Division - Western Region**
**Ben Franklin Station**
**Washington, DC 20044**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**US Attorney - District of Colorado**
**1225 17th Street, Ste. 200**
**Denver, CO 80202-5598**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Washington Township Small Claims**
**5302 North Keystone Avenue, Ste E**
**Indianapolis, IN 46220**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.65** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Westchester County Supreme Court**
**111 Dr. Martin Luther King Jr. Blvd.**
**White Plains, NY 10601**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.60** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **2018**

---

Name and Address
**Westchester County Supreme Court**
**111 Dr. Martin Luther King Jr. Blvd.**
**White Plains, NY 10601**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.61** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **2018**

---

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each**
   **type of unsecured claim.**

Debtor 1  **John G. Popovich**
Debtor 2  **Janet L. Popovich**                                              Case number (if known) _____

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 137,714.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 137,714.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 973,945.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 973,945.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **John G. Popovich** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Janet L. Popovich** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Chris Williams Enterprises, Inc.**<br>**2516 North Weber Street**<br>**Colorado Springs, CO 80907-6951** | **Lease of business space located at 2120 Naegle Road, Colorado Springs, CO 80904.** |
| 2.2 | **Team Funding Solutions**<br>**5351 Thunder Creek Road**<br>**Austin, TX 78759** | **Lease of plasma cam.** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

8/28/19  4:33PM

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John G. Popovich** |
| | First Name　　　　Middle Name　　　　Last Name |
| Debtor 2 | **Janet L. Popovich** |
| (Spouse if, filing) | First Name　　　　Middle Name　　　　Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | _____ |

☐ Check if this is an
　amended filing

# Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
☒ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1　**Drew Popovich**<br>　　　**2505 Robin Drive**<br>　　　**Colorado Springs, CO 80909** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.32**___<br>☐ Schedule G _____<br>**El Paso County District Court** |
| 3.2　**Drew Popovich**<br>　　　**2505 Robin Drive**<br>　　　**Colorado Springs, CO 80909** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.60**___<br>☐ Schedule G _____<br>**Samson Horus LLC** |
| 3.3　**Drew Popovich**<br>　　　**2505 Robin Drive**<br>　　　**Colorado Springs, CO 80909** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.61**___<br>☐ Schedule G _____<br>**Samson Horus LLC** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　Best Case Bankruptcy

| Debtor 1 | John G. Popovich |
|---|---|
| | Janet L. Popovich |

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4  **Orallia Longoria**<br>7500 Camelot<br>Mission, TX 78572 | ■ Schedule D, line ___**2.15**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Ford Motor Credit Corp** |
| 3.5  **Zachary Bishop**<br>1755 Bonita Drive<br>Fountain, CO 80817 | ■ Schedule D, line ___**2.19**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Reliance Metal & Aluminum Company** |
| 3.6  **Zachary Bishop**<br>1755 Bonita Drive<br>Fountain, CO 80817 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.32**___<br>☐ Schedule G _____<br>**El Paso County District Court** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **John G. Popovich** |
| Debtor 2 (Spouse, if filing) | **Janet L. Popovich** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:        Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | **Shop Foreman/Estimator** | **Driver** |
| | Employer's name | **Full Spectrum Welding, LLC** | **Hospital Couriers Denver, LLC** |
| | Employer's address | **3021 North El Paso Street**<br>**Colorado Springs, CO 80907** | **7200 South Alton Way**<br>**Englewood, CO 80112** |
| | How long employed there? | **4 mo.** | **12 yrs** |

**Part 2:        Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 2,735.42 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 2,735.42 |

| Debtor 1 | **John G. Popovich** |
|---|---|
| Debtor 2 | **Janet L. Popovich** |

Case number (*if known*) _____

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 2,735.42 |
| 5. | List all payroll deductions: | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 97.39 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify:  **Dental** | 5h.+ | $ 0.00 + | $ 116.06 |
| | Life Insurance | | $ 0.00 | $ 7.00 |
| | Medical | | $ 0.00 | $ 1,393.80 |
| | Vision | | $ 0.00 | $ 24.24 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 1,638.49 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 1,096.93 |
| 8. | List all other income regularly received: | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 2,095.83 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 2,095.83 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,095.83 + $ 1,096.93 = | $ 3,192.76 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____  11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12. $ 3,192.76

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1          **John G. Popovich**

Debtor 2          **Janet L. Popovich**
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:      Describe Your Household

1.   **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.   **Do you have dependents?**     ■ No

Do not list Debtor 1 and       ☐ Yes.   Fill out this information for
Debtor 2.                                 each dependent..............

Do not state the
dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**     ■ No   ☐ Yes

## Part 2:      Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4.   **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.          4.  $              1,830.00

**If not included in line 4:**

4a.   Real estate taxes                                                    4a.  $              0.00
4b.   Property, homeowner's, or renter's insurance                         4b.  $              0.00
4c.   Home maintenance, repair, and upkeep expenses                        4c.  $             30.00
4d.   Homeowner's association or condominium dues                          4d.  $              0.00
5.   **Additional mortgage payments for your residence,** such as home equity loans     5.  $              0.00

| Debtor 1 | **John G. Popovich** | |
|---|---|---|
| Debtor 2 | **Janet L. Popovich** | Case number (if known) |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 230.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 710.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 685.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 100.00 |
| 10. | **Personal care products and services** | | 10. $ | 40.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 10.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 410.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 150.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 4,195.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 4,195.00 |

| | | | | |
|---|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | | 3,192.76 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | | 4,195.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | | -1,002.24 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here:

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **John G. Popovich** | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | **Janet L. Popovich** | |
| (Spouse if, filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO | |
| Case number | | |
| (if known) | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ John G. Popovich**

**John G. Popovich**
Signature of Debtor 1

Date **August 28, 2019**

X **/s/ Janet L. Popovich**

**Janet L. Popovich**
Signature of Debtor 2

Date **August 28, 2019**

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |   |   |
|---|---:|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Chapter 12: Repayment plan for family farmers or fishermen**

|   | $200 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

**Chapter 13: Repayment plan for individuals with regular income**

|   | $235 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

<div style="border: 1px solid #000; padding: 10px; background: #d9d9d9;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## District of Colorado

In re    **John G. Popovich**
       **Janet L. Popovich**

                           Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **August 28, 2019**

/s/ John G. Popovich

**John G. Popovich**
Signature of Debtor

Date:    **August 28, 2019**

/s/ Janet L. Popovich

**Janet L. Popovich**
Signature of Debtor